MCH2014R00820

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 JAN 28  PM 2: 35
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. GLR-15-037 |
| | : (Bank Robbery, 18 U.S.C. § 2113(a)) |
| KURTIS KELVIN McGILL, | : |
| Defendant. | : |

...oOo...

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about August 27, 2014, in the District of Maryland,

**KURTIS KELVIN McGILL,**

the defendant herein, did by force, violence and intimidation, take from the person or presence of employees of the Wells Fargo Bank, 879 E. Fort Avenue, Baltimore, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, United States currency, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a)

_Rod J. Rosenstein / mch_
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

1/28/15
Date